*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Collin B. Lutz
    Debtor(s)

Case No: 22–12477–pmm

Chapter: 13

---

*NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Patricia M. Mayer

, United States Bankruptcy Court 12/15/22 at 10:00 AM , in 201 Penn Street, 4th Floor, Reading, PA 19601

 

For The Court

Timothy B. McGrath
Clerk of Court

11
Form 152