IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Collin B. Lutz, | : | Chapter 13 |
| Debtor | : | No.: 22-12477-pmm |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Kindly withdraw my appearance on behalf of Collin B. Lutz for the above referenced case.

McCrystal Law Offices
By: _____
Michael J McCrystal, Esquire
Attorney I.D. No. 55064
McCrystal Law Offices
326 Main Street, Suite 1
Emmaus, PA 18049-2739
Ph: (610) 262-7873
mccrystallaw@gmail..com

Dated: 11/11/22

## NOTICE OF ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of Debtor Colllin B. Lutz for the above referenced case.

Ross, Quinn & Ploppert, P.C.
By: _____
Joseph L. Quinn, Esquire
Attorney I.D. No. 307467
Ross, Quinn & Ploppert, P.C.
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
Ph: (610) 323-5300
F: (610) 323-6081

Dated: 11/10/22