## Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716. 479-273-4000

**Pay Period: 06/18/2022 - 07/01/2022**



Deposit Date: 07-07-2022
Advice # 609412095

**PAID TO**
**COLLIN B LUTZ**                              **$2,995.37**

| 110 CLINTON DRIVE MOHNTON, PA 19540 | Wachovia Bank | CHECK DEPOSIT | xxxxxxx0388 | $2,995.37 |

THIS IS NOT A REAL CHECK

| Average Days Pay | $373.35 |

| EARNINGS | UNITS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| SIGN ON BONUS | | | $0.00 | $6,000.00 |
| LUMP SUM HRLY | | | $0.00 | $406.14 |
| STOP DROP | | | $0.00 | $10.75 |
| SCHEDULE D TIME | | | $0.00 | $396.63 |
| LIVE LOAD | | | $0.00 | $36.75 |
| TRAINING | | | $0.00 | $122.05 |
| TRAINNEW DRIVER | | | $0.00 | $2,400.00 |
| AWARD | | | $0.00 | $525.00 |
| PTO PAY | | | $0.00 | $1,892.05 |
| SAFETY BONUS | | | $0.00 | $732.42 |
| REGULAR EARNING | | | $0.00 | $0.00 |
| RETRO DRIVER | | | $0.00 | $84.45 |
| WEEK 1   06/18/2022 TO 06/24/2022 | | | | |
| MILEAGE | 2047.00 | $0.5765 | $1,180.10 | |
| WE MILEAGE | 622.00 | $0.0700 | $43.54 | |
| LAYOVER | 4.00 | $42.0000 | $168.00 | |
| HOOK | 14.00 | $10.0000 | $140.00 | |
| STOP | 2.00 | $11.5000 | $23.00 | |
| MILES EVE PREM | 2047.00 | $0.0700 | $143.29 | |
| LIVE UNLOAD | 6.00 | $12.5000 | $75.00 | |
| UNSCHED TIME | 5.21 | $15.0000 | $78.15 | |
| ARRIVE | 4.00 | $11.5000 | $46.00 | |
| ARRIVE DROP | 13.00 | $11.5000 | $149.50 | |
| WEEK 2   06/25/2022 TO 07/01/2022 | | | | |

| DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|
| INS MEDICAL * | $186.40 | $1,677.60 |
| INS DENTAL * | $33.90 | $305.10 |
| MED ARR TXBLE | $53.26 | $479.34 |
| DEN ARR TXBLE | $9.69 | $87.21 |
| INS LIFE | $12.89 | $112.32 |
| INS DEP LIFE | $1.32 | $11.50 |
| CRITICAL ILL * | $5.18 | $46.62 |
| 401K * | $40.43 | $370.33 |
| ACCIDENT * | $1.80 | $16.20 |
| CRIT ILL ARR * | $1.48 | $13.32 |
| ACCIDENT ARR * | $0.51 | $4.59 |
| INS VIS * | $8.26 | $74.34 |
| VIS ARR | $2.36 | $21.24 |
| PA LST | $2.00 | $24.00 |
| Total | $359.48 | $3,243.71 |

| EARNINGS | UNITS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| MILEAGE | 1988.00 | $0.5765 | $1,146.07 | $22,673.11 |
| WE MILEAGE | 507.00 | $0.0700 | $35.49 | $914.41 |
| LAYOVER | 4.00 | $42.0000 | $168.00 | $3,234.00 |
| HOOK | 8.00 | $10.0000 | $80.00 | $1,963.00 |
| STOP | 6.00 | $11.5000 | $69.00 | $1,332.75 |
| MILES EVE PREM | 1988.00 | $0.0700 | $139.16 | $305.13 |
| LIVE UNLOAD | 10.00 | $12.5000 | $125.00 | $2,773.75 |
| UNSCHED TIME | 4.83 | $15.0000 | $72.45 | $1,620.60 |
| ARRIVE | 6.00 | $11.5000 | $69.00 | $1,375.00 |
| ARRIVE DROP | 8.00 | $11.5000 | $92.00 | $2,237.75 |
| Total | | | $4,042.75 | $51,035.74 |

| TAX | CURRENT | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $239.50 | $3,944.97 |
| SOCIAL SECURITY | $235.92 | $3,031.67 |
| MEDICARE | $55.18 | $709.02 |
| PENNSYLVANIA | $116.82 | $1,501.16 |
| PA LOCAL TAX | $38.05 | $488.99 |
| SUI | $2.43 | $30.63 |
| Total | $687.90 | $9,706.44 |

| | CURRENT | YEAR TO DATE |
|---|---|---|
| NET PAY | $2,995.37 | $38,085.59 |

All Material Walmart Confidential. © 2022

## Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716.  479-273-4000

**Pay Period: 07/02/2022 - 07/15/2022**



Deposit Date: 07-21-2022
Advice # 610929117

**PAID TO**
**COLLIN B LUTZ**    **$3,073.04**

110 CLINTON DRIVE    Wachovia Bank    CHECK DEPOSIT    xxxxxxx0388    $3,073.04
MOHNTON, PA 19540

THIS IS NOT A REAL CHECK

| Average Days Pay | | | | $376.16 |

| EARNINGS | UNITS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| SIGN ON BONUS | | | $0.00 | $6,000.00 |
| LUMP SUM HRLY | | | $0.00 | $406.14 |
| STOP DROP | | | $0.00 | $10.75 |
| LIVE LOAD | | | $0.00 | $36.75 |
| TRAINING | | | $0.00 | $122.05 |
| TRAINNEW DRIVER | | | $0.00 | $2,400.00 |
| AWARD | | | $0.00 | $525.00 |
| SAFETY BONUS | | | $0.00 | $732.42 |
| REGULAR EARNING | | | $0.00 | $0.00 |
| PTO PAY | 10.00 | $37.6160 | $376.16 | $2,268.21 |
| RETRO DRIVER | | | $0.00 | $84.45 |
| WEEK 1  07/02/2022 TO 07/08/2022 | | | | |
| MILEAGE | 1408.00 | $0.5765 | $811.71 | |
| LAYOVER | 3.00 | $42.0000 | $126.00 | |
| HOOK | 5.00 | $10.0000 | $50.00 | |
| STOP | 2.00 | $11.5000 | $23.00 | |
| SCHEDULED TIME | 2.17 | $37.6160 | $81.63 | |
| MILES EVE PREM | 1408.00 | $0.0700 | $98.56 | |
| LIVE UNLOAD | 6.00 | $12.5000 | $75.00 | |
| UNSCHED TIME | 3.22 | $15.0000 | $48.30 | |
| ARRIVE | 5.00 | $11.5000 | $57.50 | |
| ARRIVE DROP | 5.00 | $11.5000 | $57.50 | |
| WEEK 2  07/09/2022 TO 07/15/2022 | | | | |
| MILEAGE | 2162.00 | $0.5765 | $1,246.39 | $24,731.21 |

| DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|
| INS MEDICAL * | $186.40 | $1,864.00 |
| INS DENTAL * | $33.90 | $339.00 |
| MED ARR TXBLE | $53.23 | $532.57 |
| DEN ARR TXBLE | $9.65 | $96.86 |
| INS LIFE | $12.89 | $125.21 |
| INS DEP LIFE | $1.32 | $12.82 |
| CRITICAL ILL * | $5.18 | $51.80 |
| 401K * | $41.46 | $411.79 |
| ACCIDENT * | $1.80 | $18.00 |
| CRIT ILL ARR * | $1.48 | $14.80 |
| ACCIDENT ARR * | $0.51 | $5.10 |
| INS VIS * | $8.26 | $82.60 |
| VIS ARR | $2.36 | $23.60 |
| PA LST | $2.00 | $26.00 |
| Total | $360.44 | $3,604.15 |

| EARNINGS | UNITS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| WE MILEAGE | 881.00 | $0.0700 | $61.67 | $976.08 |
| MEETINGS | 0.50 | $37.6160 | $18.81 | $18.81 |
| LAYOVER | 5.00 | $42.0000 | $210.00 | $3,570.00 |
| HOOK | 9.00 | $10.0000 | $90.00 | $2,103.00 |
| STOP | 6.00 | $11.5000 | $69.00 | $1,424.75 |
| SCHEDULED TIME | 2.50 | $37.6160 | $94.03 | $572.29 |
| MILES EVE PREM | 2162.00 | $0.0700 | $151.34 | $555.03 |
| LIVE UNLOAD | 10.00 | $12.5000 | $125.00 | $2,973.75 |
| UNSCHED TIME | 6.01 | $15.0000 | $90.15 | $1,759.05 |
| ARRIVE | 6.00 | $11.5000 | $69.00 | $1,501.50 |
| ARRIVE DROP | 10.00 | $11.5000 | $115.00 | $2,410.25 |
| Total | | | $4,145.75 | $55,181.49 |

| TAX | CURRENT | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $251.74 | $4,196.71 |
| SOCIAL SECURITY | $242.31 | $3,273.98 |
| MEDICARE | $56.67 | $765.69 |
| PENNSYLVANIA | $119.98 | $1,621.14 |
| PA LOCAL TAX | $39.08 | $528.07 |
| SUI | $2.49 | $33.12 |
| Total | $712.27 | $10,418.71 |

| | CURRENT | YEAR TO DATE |
|---|---|---|
| NET PAY | $3,073.04 | $41,158.63 |

All Material Walmart Confidential. © 2022

## Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716. 📞 479-273-4000

**Pay Period: 07/16/2022 - 07/29/2022**

Deposit Date: 08-04-2022
Advice # 612442882

**PAID TO**
**COLLIN B LUTZ**     **$7,378.57**

| 110 CLINTON DRIVE MOHNTON, PA 19540 | Wachovia Bank | CHECK DEPOSIT | xxxxxxx0388 | $7,378.57 |

THIS IS NOT A REAL CHECK

| Average Days Pay | $379.36 |

| EARNINGS | UNITS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| SIGN ON BONUS | | | $6,000.00 | $12,000.00 |
| LUMP SUM HRLY | | | $0.00 | $406.14 |
| MEETINGS | | | $0.00 | $18.81 |
| STOP DROP | | | $0.00 | $10.75 |
| LIVE LOAD | | | $0.00 | $36.75 |
| TRAINING | | | $0.00 | $122.05 |
| TRAINNEW DRIVER | | | $0.00 | $2,400.00 |
| AWARD | | | $0.00 | $525.00 |
| PTO PAY | | | $0.00 | $2,268.21 |
| SAFETY BONUS | | | $0.00 | $732.42 |
| REGULAR EARNING | | | $0.00 | $0.00 |
| RETRO DRIVER | | | $0.00 | $84.45 |
| WEEK 1    07/16/2022 TO 07/22/2022 | | | | |
| MILEAGE | 1714.00 | $0.5765 | $988.12 | |
| WE MILEAGE | 358.00 | $0.0700 | $25.06 | |
| LAYOVER | 4.00 | $42.0000 | $168.00 | |
| HOOK | 7.00 | $10.0000 | $70.00 | |
| STOP | 8.00 | $11.5000 | $92.00 | |
| MILES EVE PREM | 1714.00 | $0.0700 | $119.98 | |
| LIVE UNLOAD | 14.00 | $12.5000 | $175.00 | |
| UNSCHED TIME | 5.23 | $15.0000 | $78.45 | |
| ARRIVE | 6.00 | $11.5000 | $69.00 | |
| ARRIVE DROP | 6.00 | $11.5000 | $69.00 | |
| WEEK 2    07/23/2022 TO 07/29/2022 | | | | |
| MILEAGE | 2058.00 | $0.5765 | $1,186.43 | $26,905.76 |

| DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|
| INS MEDICAL * | $186.40 | $2,050.40 |
| INS DENTAL * | $33.90 | $372.90 |
| MED ARR TXBLE | $0.00 | $532.57 |
| DEN ARR TXBLE | $0.00 | $96.86 |
| INS LIFE | $12.89 | $138.10 |
| INS DEP LIFE | $1.32 | $14.14 |
| CRITICAL ILL * | $5.18 | $56.98 |
| 401K * | $45.00 | $456.79 |
| ACCIDENT * | $1.80 | $19.80 |
| CRIT ILL ARR * | $0.00 | $14.80 |
| ACCIDENT ARR * | $0.04 | $5.14 |
| INS VIS * | $8.26 | $90.86 |
| VIS ARR | $0.00 | $23.60 |
| PA LST | $2.00 | $28.00 |
| Total | $296.79 | $3,900.94 |

| EARNINGS | UNITS | RATE | CURRENT | YEAR TO DATE |
| --- | --- | --- | --- | --- |
| WE MILEAGE | 563.00 | $0.0700 | $39.41 | $1,040.55 |
| LAYOVER | 4.00 | $42.0000 | $168.00 | $3,906.00 |
| HOOK | 7.00 | $10.0000 | $70.00 | $2,243.00 |
| STOP | 8.00 | $11.5000 | $92.00 | $1,608.75 |
| SCHEDULED TIME | 0.45 | $37.9360 | $17.07 | $589.36 |
| MILES EVE PREM | 2058.00 | $0.0700 | $144.06 | $819.07 |
| LIVE UNLOAD | 14.00 | $12.5000 | $175.00 | $3,323.75 |
| UNSCHED TIME | 40.23 | $15.0000 | $603.45 | $2,440.95 |
| ARRIVE | 6.00 | $11.5000 | $69.00 | $1,639.50 |
| ARRIVE DROP | 7.00 | $11.5000 | $80.50 | $2,559.75 |
| Total | | | $10,499.53 | $65,681.02 |

| TAX | CURRENT | YEAR TO DATE |
| --- | --- | --- |
| FEDERAL TAX | $1,614.93 | $5,811.64 |
| SOCIAL SECURITY | $636.37 | $3,910.35 |
| MEDICARE | $148.83 | $914.52 |
| PENNSYLVANIA | $315.10 | $1,936.24 |
| PA LOCAL TAX | $102.64 | $630.71 |
| SUI | $6.30 | $39.42 |
| Total | $2,824.17 | $13,242.88 |

| | CURRENT | YEAR TO DATE |
| --- | --- | --- |
| NET PAY | $7,378.57 | $48,537.20 |

All Material Walmart Confidential. © 2022

Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716. 479-273-4000

**Pay Period: 07/30/2022 - 08/12/2022**



Deposit Date: 08-18-2022
Advice # 613958931

**PAID TO**
**COLLIN B LUTZ**                    **$3,086.91**

110 CLINTON DRIVE          Wachovia Bank          CHECK DEPOSIT          xxxxxxx0388          $3,086.91
MOHNTON, PA 19540

THIS IS NOT A REAL CHECK

Average Days Pay                                                                        $384.79

| EARNINGS | UNITS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| SIGN ON BONUS | | | $0.00 | $12,000.00 |
| LUMP SUM HRLY | | | $0.00 | $406.14 |
| MEETINGS | | | $0.00 | $18.81 |
| STOP DROP | | | $0.00 | $10.75 |
| LIVE LOAD | | | $0.00 | $36.75 |
| TRAINING | | | $0.00 | $122.05 |
| TRAINNEW DRIVER | | | $0.00 | $2,400.00 |
| AWARD | | | $0.00 | $525.00 |
| PTO PAY | | | $0.00 | $2,268.21 |
| SAFETY BONUS | | | $0.00 | $732.42 |
| REGULAR EARNING | | | $0.00 | $0.00 |
| RETRO DRIVER | | | $0.00 | $84.45 |
| WEEK 1   07/30/2022 TO 08/05/2022 | | | | |
| MILEAGE | 1860.00 | $0.5765 | $1,072.29 | |
| WE MILEAGE | 497.00 | $0.0700 | $34.79 | |
| LAYOVER | 4.00 | $42.0000 | $168.00 | |
| HOOK | 12.00 | $10.0000 | $120.00 | |
| STOP | 3.00 | $11.5000 | $34.50 | |
| SCHEDULED TIME | 1.62 | $38.4790 | $62.34 | $651.70 |
| MILES EVE PREM | 1860.00 | $0.0700 | $130.20 | |
| LIVE UNLOAD | 9.00 | $12.5000 | $112.50 | |
| UNSCHED TIME | 4.96 | $15.0000 | $74.40 | |
| ARRIVE | 6.00 | $11.5000 | $69.00 | |
| ARRIVE DROP | 13.00 | $11.5000 | $149.50 | |

| DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|
| INS MEDICAL * | $186.40 | $2,236.80 |
| INS DENTAL * | $33.90 | $406.80 |
| MED ARR TXBLE | $0.00 | $532.57 |
| DEN ARR TXBLE | $0.00 | $96.86 |
| INS LIFE | $12.89 | $150.99 |
| INS DEP LIFE | $1.32 | $15.46 |
| CRITICAL ILL * | $5.18 | $62.16 |
| 401K * | $40.76 | $497.55 |
| ACCIDENT * | $1.80 | $21.60 |
| CRIT ILL ARR * | $0.00 | $14.80 |
| ACCIDENT ARR * | $0.00 | $5.14 |
| INS VIS * | $8.26 | $99.12 |
| VIS ARR | $0.00 | $23.60 |
| PA LST | $2.00 | $30.00 |
| Total | $292.51 | $4,193.45 |

| EARNINGS | UNITS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| WEEK 2   08/06/2022 TO 08/12/2022 | | | | |
| MILEAGE | 1870.00 | $0.5765 | $1,078.05 | $29,056.10 |
| WE MILEAGE | 442.00 | $0.0700 | $30.94 | $1,106.28 |
| LAYOVER | 4.00 | $42.0000 | $168.00 | $4,242.00 |
| HOOK | 11.00 | $10.0000 | $110.00 | $2,473.00 |
| STOP | 8.00 | $11.5000 | $92.00 | $1,735.25 |
| MILES EVE PREM | 1870.00 | $0.0700 | $130.90 | $1,080.17 |
| LIVE UNLOAD | 14.00 | $12.5000 | $175.00 | $3,611.25 |
| UNSCHED TIME | 4.51 | $15.0000 | $67.65 | $2,583.00 |
| ARRIVE | 7.00 | $11.5000 | $80.50 | $1,789.00 |
| ARRIVE DROP | 10.00 | $11.5000 | $115.00 | $2,824.25 |
| Total | | | $4,075.56 | $69,756.58 |

| TAX | CURRENT | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $243.64 | $6,055.28 |
| SOCIAL SECURITY | $238.08 | $4,148.43 |
| MEDICARE | $55.68 | $970.20 |
| PENNSYLVANIA | $117.89 | $2,054.13 |
| PA LOCAL TAX | $38.40 | $669.11 |
| SUI | $2.45 | $41.87 |
| Total | $696.14 | $13,939.02 |

| | CURRENT | YEAR TO DATE |
|---|---|---|
| NET PAY | $3,086.91 | $51,624.11 |

All Material Walmart Confidential. © 2022