UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Collin B. Lutz<br><br>    Debtor | Chapter 13<br>Bankruptcy No.22-12477-PMM |

CERTIFICATE OF SERVICE

    I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 28th day of December, 2022, by first class mail upon those listed below:

Collin B. Lutz
110 Clinton Dr
Mohnton, PA  19540-8035

**Electronically via CM/ECF System Only:**

ROSS, QUINN & PLOPPERT, P.C.
192 S. HANOVER STREET, SUITE 101
POTTSTOWN, PA  19464

                                        */s/ Kristen Gliem*
                                        Kristen Gliem
                                        for
                                        Scott F. Waterman, Esquire
                                        Standing Chapter 13 Trustee