United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 22-12477-pmm
Collin B. Lutz  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 3
Date Rcvd: Jan 06, 2023     Form ID: 210U     Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Collin B. Lutz, 110 Clinton Dr, Mohnton, PA 19540-8035 |
| 14735372 | + | Joseph L. Quinn, Esquire, Ross, Quinn & Ploppert, P.C., 192 S Hanover Street, Suite 101, Pottstown, PA 19464-6096 |
| 14721785 | | Kristen Lutz, 110 Clinton Dr, Mohnton, PA 19540-8035 |
| 14721786 | | Kristin Lutz, 110 Clinton Dr, Mohnton, PA 19540-8035 |
| 14721787 | | Prothonotary Berks County, 633 Court St, Reading, PA 19601-4302 |
| 14724275 | | Regions Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14721796 | | Weltman Weinberg and Reis LPA, 170 S Independence Mall W Ste 874W, Philadelphia, PA 19106-3334 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jan 07 2023 00:11:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 07 2023 00:11:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jan 07 2023 00:15:17 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14721779 | | Email/Text: backoffice@affirm.com | Jan 07 2023 00:11:00 | Affirm Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 14722343 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 07 2023 00:15:18 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14737625 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 07 2023 00:14:46 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14721780 | | Email/Text: ally@ebn.phinsolutions.com | Jan 07 2023 00:11:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 14721781 | | Email/Text: BarclaysBankDelaware@tsico.com | Jan 07 2023 00:11:00 | Barclays Bank of Delaware, 125 S West St, Wilmington, DE 19801-5014 |
| 14721782 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 07 2023 00:15:18 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14721783 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 07 2023 00:11:00 | Citizens Bank, DDA Recovery RJW245, 1 Citizens Dr, Riverside, RI 02915-3019 |
| 14723175 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 07 2023 00:11:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 14721784 | | Email/Text: bankruptcy@diamondcu.com | Jan 07 2023 00:11:00 | Diamond Credit Union, 1600 Medical Dr, Pottstown, PA 19464-3242 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14737209 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 07 2023 00:11:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14723519 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 07 2023 00:14:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14733851 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 07 2023 00:14:44 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14721789 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 07 2023 00:14:45 | Resurgent/LVNV Funding, PO Box 1269, Greenville, SC 29602-1269 |
| 14721790 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 07 2023 00:11:00 | Rocket Mortgage, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 14723746 | ^ | MEBN | Jan 07 2023 00:01:33 | Rocket Mortgage, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14728765 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 07 2023 00:11:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14721792 | | Email/PDF: SoFiBKNotifications@resurgent.com | Jan 07 2023 00:15:17 | SOFI Bank, 2750 E Cottonwood Pkwy, Salt Lake City, UT 84121-7284 |
| 14721793 | | Email/PDF: gecsedi@recoverycorp.com | Jan 07 2023 00:15:33 | SYNCB, Attn. Bankruptcy Department, PO Box 965005, Orlando, FL 32896-5005 |
| 14721791 | | Email/Text: bankruptcy@bbandt.com | Jan 07 2023 00:11:00 | Sheffield Financial Corporation, PO Box 1704, Clemmons, NC 27012-1704 |
| 14722573 | + | Email/Text: bankruptcy@bbandt.com | Jan 07 2023 00:11:00 | Sheffield Financial, a division of Truist Bank, PO Box 1847, Wilson, NC 27894-1847 |
| 14722077 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 07 2023 00:14:45 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14721794 | | Email/PDF: gecsedi@recoverycorp.com | Jan 07 2023 00:14:45 | Synchrony Bank/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 14721795 | | Email/Text: bankruptcy@timeinvestment.com | Jan 07 2023 00:11:00 | Time Investment, 100 N 6th Ave, West Bend, WI 53095-3306 |
| 14726167 | + | Email/Text: bankruptcy@timeinvestment.com | Jan 07 2023 00:11:00 | Time Investment Company, 100 N Sixth Ave, PO Box 248, West Bend, WI 53095-0248 |
| 14721797 | | Email/Text: bkfilings@zwickerpc.com | Jan 07 2023 00:11:00 | Zwicker and Associates PC, 3220 Tillman Dr Ste 215, Bensalem, PA 19020-2028 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14721788 | * | Prothonotary-Berks County, 633 Court St, Reading, PA 19601-4302 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0313-4 User: admin Page 3 of 3
Date Rcvd: Jan 06, 2023 Form ID: 210U Total Noticed: 35

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2023            Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com |
| JOSEPH L QUINN | on behalf of Debtor Collin B. Lutz CourtNotices@rqplaw.com |
| ROBERT W. SEITZER | rseitzer@karalislaw.com PA93@ecfcbis.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Collin B. Lutz                                                                                                  Case No: 22−12477−pmm

    Debtor(s)

___

### CLERK'S NOTICE RE: PRESUMPTION OF ABUSE

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.

 

For The Court

Dated: 1/6/23

Timothy B. McGrath
Clerk of Court

33
Form 210U