IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| COLLIN B. LUTZ | : | BANKRUPTCY NO. 22-12477(PMM) |
| | : | |
| Debtor | : | |
| | : | |

**PRAECIPE TO WITHDRAW CHAPTER 7 TRUSTEE'S
REPORT OF NO DISTRIBUTION**

TO THE CLERK OF THE COURT:

Kindly withdraw the Chapter 7 Trustee's Report of No Distribution filed on March 6, 2023.

**ROBERT W. SEITZER, CHAPTER 7 TRUSTEE FOR THE ESTATE OF COLLIN B. LUTZ**

By: /s/ Robert W. Seitzer
Robert W. Seitzer, Esquire
1900 Spruce Street
Philadelphia, PA 19103
(215) 546-4500
rseitzer@karalislaw.com

*Chapter 7 Trustee*

Dated: March 8, 2023