Certificate Number: 05781-PAE-DE-037321535

Bankruptcy Case Number: 22-12477



05781-PAE-DE-037321535

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 5, 2023, at 4:55 o'clock AM PDT, Collin Lutz completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   April 5, 2023                    By:    /s/Allison M Geving

                                         Name:  Allison M Geving

                                         Title: President