IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | : | CHAPTER 7 |
|---|---|---|
| | : | |
| **COLLIN B. LUTZ** | : | BANKRUPTCY NO. 22-12477(PMM) |
| | : | |
| Debtor | : | |
| | : | |

## ORDER

**AND NOW**, upon consideration of the Motion of Robert W. Seitzer, Chapter 7 Trustee, for Approval of a Settlement Agreement and Mutual Release Between the Trustee and the Debtor Pursuant to Fed. R. Bankr. P. 9019(a) and 11 U.S.C. § 105(a) (the "Motion")[1], and after notice and hearing; it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Agreement is hereby **APPROVED**.

3. The Parties are authorized to take all actions necessary to effectuate and consummate the resolution contemplated by the Agreement.

BY THE COURT:

*Patricia M. Mayer*

Dated: **April 5, 2023**

PATRICIA M. MAYER,
UNITED STATES BANKRUPTCY JUDGE

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.