United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Collin B. Lutz  
    Debtor

Case No. 22-12477-pmm  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-4 | User: admin | Page 1 of 3  
Date Rcvd: May 30, 2023 | Form ID: 318 | Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Collin B. Lutz, 110 Clinton Dr, Mohnton, PA 19540-8035 |
| 14721785 | Kristen Lutz, 110 Clinton Dr, Mohnton, PA 19540-8035 |
| 14721786 | Kristin Lutz, 110 Clinton Dr, Mohnton, PA 19540-8035 |
| 14721787 | Prothonotary Berks County, 633 Court St, Reading, PA 19601-4302 |
| 14721796 | Weltman Weinberg and Reis LPA, 170 S Independence Mall W Ste 874W, Philadelphia, PA 19106-3334 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: taxclaim@countyofberks.com | May 31 2023 04:34:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | May 31 2023 04:34:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14721779 | Email/Text: backoffice@affirm.com | May 31 2023 04:34:00 | Affirm Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 14737625 | + EDI: AISACG.COM | May 31 2023 08:31:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14721780 | EDI: GMACFS.COM | May 31 2023 08:31:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 14721781 | EDI: TSYS2 | May 31 2023 08:31:00 | Barclays Bank of Delaware, 125 S West St, Wilmington, DE 19801-5014 |
| 14721782 | EDI: CITICORP.COM | May 31 2023 08:31:00 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14723175 | Email/Text: Bankruptcy.RI@Citizensbank.com | May 31 2023 04:34:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 14721783 | Email/Text: Bankruptcy.RI@Citizensbank.com | May 31 2023 04:34:00 | Citizens Bank, DDA Recovery RJW245, 1 Citizens Dr, Riverside, RI 02915-3019 |
| 14721784 | Email/Text: bankruptcy@diamondcu.com | May 31 2023 04:34:00 | Diamond Credit Union, 1600 Medical Dr, Pottstown, PA 19464-3242 |
| 14737209 | EDI: JEFFERSONCAP.COM | May 31 2023 08:31:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14723519 | Email/PDF: resurgentbknotifications@resurgent.com | May 31 2023 04:39:19 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14733851 | EDI: PRA.COM | May 31 2023 08:31:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14724275 | Email/PDF: resurgentbknotifications@resurgent.com | May 31 2023 04:39:20 | Regions Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

Case 22-12477-pmm    Doc 49    Filed 06/01/23    Entered 06/02/23 00:36:45    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 30, 2023 | Form ID: 318 | Total Noticed: 30 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14721789 | | Email/PDF: resurgentbknotifications@resurgent.com | May 31 2023 04:39:19 | Resurgent/LVNV Funding, PO Box 1269, Greenville, SC 29602-1269 |
| 14721790 | + | Email/Text: bankruptcyteam@quickenloans.com | May 31 2023 04:34:00 | Rocket Mortgage, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 14728765 | + | Email/Text: bankruptcyteam@quickenloans.com | May 31 2023 04:34:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14721792 | + | Email/PDF: SoFiBKNotifications@resurgent.com | May 31 2023 04:39:23 | SOFI Bank, 2750 E Cottonwood Pkwy, Salt Lake City, UT 84121-7285 |
| 14721793 | | EDI: RMSC.COM | May 31 2023 08:31:00 | SYNCB, Attn. Bankruptcy Department, PO Box 965005, Orlando, FL 32896-5005 |
| 14721791 | | Email/Text: bankruptcy@bbandt.com | May 31 2023 04:34:00 | Sheffield Financial Corporation, PO Box 1704, Clemmons, NC 27012-1704 |
| 14722573 | + | Email/Text: bankruptcy@bbandt.com | May 31 2023 04:34:00 | Sheffield Financial, a division of Truist Bank, PO Box 1847, Wilson, NC 27894-1847 |
| 14721794 | | EDI: RMSC.COM | May 31 2023 08:31:00 | Synchrony Bank/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 14721795 | | Email/Text: bankruptcy@timeinvestment.com | May 31 2023 04:34:00 | Time Investment, 100 N 6th Ave, West Bend, WI 53095-3306 |
| 14726167 | + | Email/Text: bankruptcy@timeinvestment.com | May 31 2023 04:34:00 | Time Investment Company, 100 N Sixth Ave, PO Box 248, West Bend, WI 53095-0248 |
| 14721797 | | Email/Text: bkfilings@zwickerpc.com | May 31 2023 04:34:00 | Zwicker and Associates PC, 3220 Tillman Dr Ste 215, Bensalem, PA 19020-2028 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14721788 | * | Prothonotary-Berks County, 633 Court St, Reading, PA 19601-4302 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 01, 2023        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: May 30, 2023 | Form ID: 318 | Total Noticed: 30 |

bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON

on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com

JOSEPH L QUINN

on behalf of Debtor Collin B. Lutz CourtNotices@rqplaw.com

ROBERT W. SEITZER

on behalf of Trustee ROBERT W. SEITZER rseitzer@karalislaw.com PA93@ecfcbis.com;jhysley@karalislaw.com

ROBERT W. SEITZER

rseitzer@karalislaw.com PA93@ecfcbis.com;jhysley@karalislaw.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Collin B. Lutz**<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–5858<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 22–12477–pmm | |

# Order of Discharge                                                                 12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Collin B. Lutz

<u>5/30/23</u>                                                                 **By the court:**  <u>Patricia M. Mayer</u>
                                                                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**