United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-12477-pmm |
| Collin B. Lutz | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 20, 2023 | Form ID: pdf901 | Total Noticed: 33 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Collin B. Lutz, 110 Clinton Dr, Mohnton, PA 19540-8035 |
| 14735372 | + | Joseph L. Quinn, Esquire, Ross, Quinn & Ploppert, P.C., 192 S Hanover Street, Suite 101, Pottstown, PA 19464-6096 |
| 14721785 | | Kristen Lutz, 110 Clinton Dr, Mohnton, PA 19540-8035 |
| 14721786 | | Kristin Lutz, 110 Clinton Dr, Mohnton, PA 19540-8035 |
| 14721787 | | Prothonotary Berks County, 633 Court St, Reading, PA 19601-4302 |
| 14721796 | | Weltman Weinberg and Reis LPA, 170 S Independence Mall W Ste 874W, Philadelphia, PA 19106-3334 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jul 21 2023 01:03:19 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14721779 | | Email/Text: backoffice@affirm.com | Jul 21 2023 00:50:00 | Affirm Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 14722343 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 21 2023 00:48:23 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14737625 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 21 2023 02:11:47 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14721780 | | Email/Text: ally@ebn.phinsolutions.com | Jul 21 2023 00:49:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 14721781 | | Email/Text: BarclaysBankDelaware@tsico.com | Jul 21 2023 00:49:00 | Barclays Bank of Delaware, 125 S West St, Wilmington, DE 19801-5014 |
| 14721782 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 21 2023 02:11:44 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14721783 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 21 2023 00:49:00 | Citizens Bank, DDA Recovery RJW245, 1 Citizens Dr, Riverside, RI 02915-3019 |
| 14723175 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 21 2023 00:49:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 14721784 | | Email/Text: bankruptcy@diamondcu.com | Jul 21 2023 00:49:00 | Diamond Credit Union, 1600 Medical Dr, Pottstown, PA 19464-3242 |
| 14737209 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 21 2023 00:50:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14723519 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 21 2023 00:48:19 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14733851 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 21 2023 02:11:49 | Portfolio Recovery Associates, LLC, POB 41067, |

Case 22-12477-pmm  Doc 54  Filed 07/22/23  Entered 07/23/23 00:30:32  Desc Imaged
Certificate of Notice  Page 2 of 8

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 20, 2023 | Form ID: pdf901 | Total Noticed: 33 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Norfolk VA 23541 |
| 14724275 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 21 2023 02:11:47 | Regions Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14721789 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 21 2023 01:02:41 | Resurgent/LVNV Funding, PO Box 1269, Greenville, SC 29602-1269 |
| 14721790 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 21 2023 00:50:00 | Rocket Mortgage, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 14723746 | ^ | MEBN | Jul 21 2023 00:37:39 | Rocket Mortgage, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14728765 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 21 2023 00:50:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14721792 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Jul 21 2023 01:03:04 | SOFI Bank, 2750 E Cottonwood Pkwy, Salt Lake City, UT 84121-7285 |
| 14721793 | | Email/PDF: gecsedi@recoverycorp.com | Jul 21 2023 01:03:11 | SYNCB, Attn. Bankruptcy Department, PO Box 965005, Orlando, FL 32896-5005 |
| 14721791 | | Email/Text: bankruptcy@bbandt.com | Jul 21 2023 00:49:00 | Sheffield Financial Corporation, PO Box 1704, Clemmons, NC 27012-1704 |
| 14722573 | + | Email/Text: bankruptcy@bbandt.com | Jul 21 2023 00:49:00 | Sheffield Financial, a division of Truist Bank, PO Box 1847, Wilson, NC 27894-1847 |
| 14722077 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 21 2023 01:51:15 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14721794 | | Email/PDF: gecsedi@recoverycorp.com | Jul 21 2023 01:03:06 | Synchrony Bank/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 14721795 | | Email/Text: bankruptcy@timeinvestment.com | Jul 21 2023 00:50:00 | Time Investment, 100 N 6th Ave, West Bend, WI 53095-3306 |
| 14726167 | + | Email/Text: bankruptcy@timeinvestment.com | Jul 21 2023 00:50:00 | Time Investment Company, 100 N Sixth Ave, PO Box 248, West Bend, WI 53095-0248 |
| 14721797 | | Email/Text: bkfilings@zwickerpc.com | Jul 21 2023 00:50:00 | Zwicker and Associates PC, 3220 Tillman Dr Ste 215, Bensalem, PA 19020-2028 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14721788 | * | Prothonotary-Berks County, 633 Court St, Reading, PA 19601-4302 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Jul 20, 2023 | Form ID: pdf901 | Total Noticed: 33

Date: Jul 22, 2023　　　　　　　　　Signature:　　　/s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com |
| JOSEPH L QUINN | on behalf of Debtor Collin B. Lutz CourtNotices@rqplaw.com |
| ROBERT W. SEITZER | on behalf of Trustee ROBERT W. SEITZER rseitzer@karalislaw.com PA93@ecfcbis.com;jhysley@karalislaw.com |
| ROBERT W. SEITZER | rseitzer@karalislaw.com PA93@ecfcbis.com;jhysley@karalislaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Reading DIVISION**

In re: Lutz, Collin B.                  § Case No. 22-12477
                                        §
                                        §
                                        §
           Debtor(s)                    §

---

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Robert Seitzer, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

United States Bankruptcy Court
Gateway Building
201 Penn St., Suite 103
Reading, PA 19601

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 14 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 08/15/2023 in Courtroom 4th Floor Courtroom, United States Bankruptcy Court Courthouse, Gateway Building, 201 Penn St., Reading, PA 19601. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date mailed: 07/19/2023                By: /s/ Robert W. Seitzer
                                              Trustee

Robert Seitzer
1900 Spruce Street
Philadelphia, PA 19103
(215) 546-4500

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
Reading DIVISION

In re:Lutz, Collin B. § Case No. 22-12477
§
§
§
Debtor(s)

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of :* | $ 9,000.00 |
| *and approved disbursements of:* | $ 37.91 |
| *leaving a balance on hand of[1]:* | $ 8,962.09 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 1 | Sheffield Financial, a division of Truist Bank | 3,741.96 | 0.00 | 0.00 | 0.00 |
| 8 | Time Investment Company | 7,871.72 | 0.00 | 0.00 | 0.00 |
| 9 | Diamond Credit Union | 1,729.22 | 0.00 | 0.00 | 0.00 |
| 10 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ | 247,139.31 | 0.00 | 0.00 | 0.00 |
| 14 | Ally Bank c/o AIS Portfolio Services, LLC | 35,721.28 | 0.00 | 0.00 | 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 8,962.09 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - Robert Seitzer | 1,650.00 | 0.00 | 1,650.00 |
| Trustee, Expenses - Robert Seitzer | 19.80 | 0.00 | 19.80 |

Total to be paid for chapter 7 administrative expenses: $ 1,669.80
Remaining balance: $ 7,292.29

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 7,292.29

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 7,292.29

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $92,406.26 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 2 | Sheffield Financial, a division of Truist Bank | 190.74 | 0.00 | 15.06 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 3 | Citizens Bank N.A. | 14,461.29 | 0.00 | 1,141.22 |
| 4 | LVNV Funding, LLC | 1,508.59 | 0.00 | 119.05 |
| 5 | LVNV Funding, LLC | 5,703.98 | 0.00 | 450.13 |
| 6 | LVNV Funding, LLC | 32,508.87 | 0.00 | 2,565.46 |
| 7 | Regions Bank | 19,533.14 | 0.00 | 1,541.47 |
| 11 | Portfolio Recovery Associates, LLC | 4,080.62 | 0.00 | 322.02 |
| 12 | Portfolio Recovery Associates, LLC | 14,116.27 | 0.00 | 1,113.99 |
| 13 | Jefferson Capital Systems LLC | 302.76 | 0.00 | 23.89 |

Total to be paid for timely general unsecured claims:  $ 7,292.29
Remaining balance:  $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardily filed general unsecured claims:  $ 0.00
Remaining balance:  $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

**UST Form 101-7-NFR (10/1/2010)**

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Prepared by: /s/ Robert W. Seitzer
Trustee

Robert Seitzer
1900 Spruce Street
Philadelphia, PA 19103
(215) 546-4500

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**