IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Collin Lutz

Chapter 7

Bankruptcy No. 22-12477

Debtor

## ORDER APPROVING TRUSTEE'S FINAL REPORT AND ACCOUNT

AND NOW, this __14th__ day of __August__ 20_23_, upon consideration of the Trustee's Final Report and Account (the "Final Report"), and after notice and hearing, IT IS HEREBY ORDERED AND DECREED that the Final Report is APPROVED.

BY THE COURT:

*Patricia M. Mayer*

_____

PATRICIA M. MAYER
United States Bankruptcy Judge