UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:

Collin Lutz

Debtor(s)

Chapter 7

Case No. 22-12477

ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSE

AND NOW, this 14th day of August, 2023, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $1,650.00 is reasonable compensation for the services in this case by ROBERT SEITZER, Trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $19.80 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

BY THE COURT

*Patricia M. Mayer*

PATRICIA M. MAYER
United States Bankruptcy Judge