United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 22-12477-pmm
Collin B. Lutz | Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4 | User: admin | Page 1 of 3
Date Rcvd: Aug 15, 2023 | Form ID: pdf900 | Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Collin B. Lutz, 110 Clinton Dr, Mohnton, PA 19540-8035 |
| 14735372 | + | Joseph L. Quinn, Esquire, Ross, Quinn & Ploppert, P.C., 192 S Hanover Street, Suite 101, Pottstown, PA 19464-6096 |
| 14721785 | | Kristen Lutz, 110 Clinton Dr, Mohnton, PA 19540-8035 |
| 14721786 | | Kristin Lutz, 110 Clinton Dr, Mohnton, PA 19540-8035 |
| 14721787 | | Prothonotary Berks County, 633 Court St, Reading, PA 19601-4302 |
| 14721796 | | Weltman Weinberg and Reis LPA, 170 S Independence Mall W Ste 874W, Philadelphia, PA 19106-3334 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Aug 15 2023 23:45:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 15 2023 23:45:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Aug 15 2023 23:56:38 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14721779 | | Email/Text: backoffice@affirm.com | Aug 15 2023 23:45:00 | Affirm Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 14722343 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 15 2023 23:56:39 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14737625 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 15 2023 23:56:39 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14721780 | | Email/Text: ally@ebn.phinsolutions.com | Aug 15 2023 23:45:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 14721781 | | Email/Text: BarclaysBankDelaware@tsico.com | Aug 15 2023 23:45:00 | Barclays Bank of Delaware, 125 S West St, Wilmington, DE 19801-5014 |
| 14721782 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 15 2023 23:56:47 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14721783 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 15 2023 23:45:00 | Citizens Bank, DDA Recovery RJW245, 1 Citizens Dr, Riverside, RI 02915-3019 |
| 14723175 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 15 2023 23:45:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 14721784 | | Email/Text: bankruptcy@diamondcu.com | Aug 15 2023 23:45:00 | Diamond Credit Union, 1600 Medical Dr, Pottstown, PA 19464-3242 |
| 14737209 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 15 2023 23:45:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14723519 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 15 2023 23:55:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14733851 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 15 2023 23:56:04 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14724275 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 15 2023 23:56:05 | Regions Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14721789 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 15 2023 23:55:28 | Resurgent/LVNV Funding, PO Box 1269, Greenville, SC 29602-1269 |
| 14721790 | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 15 2023 23:45:00 | Rocket Mortgage, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 14723746 | ^ | MEBN | Aug 15 2023 23:38:41 | Rocket Mortgage, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14728765 | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 15 2023 23:45:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14721792 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Aug 15 2023 23:56:38 | SOFI Bank, 2750 E Cottonwood Pkwy, Salt Lake City, UT 84121-7285 |
| 14721793 | | Email/PDF: gecsedi@recoverycorp.com | Aug 15 2023 23:55:16 | SYNCB, Attn. Bankruptcy Department, PO Box 965005, Orlando, FL 32896-5005 |
| 14721791 | | Email/Text: bankruptcy@bbandt.com | Aug 15 2023 23:45:00 | Sheffield Financial Corporation, PO Box 1704, Clemmons, NC 27012-1704 |
| 14722573 | + | Email/Text: bankruptcy@bbandt.com | Aug 15 2023 23:45:00 | Sheffield Financial, a division of Truist Bank, PO Box 1847, Wilson, NC 27894-1847 |
| 14722077 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 15 2023 23:55:13 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14721794 | | Email/PDF: gecsedi@recoverycorp.com | Aug 15 2023 23:56:10 | Synchrony Bank/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 14721795 | | Email/Text: bankruptcy@timeinvestment.com | Aug 15 2023 23:45:00 | Time Investment, 100 N 6th Ave, West Bend, WI 53095-3306 |
| 14726167 | + | Email/Text: bankruptcy@timeinvestment.com | Aug 15 2023 23:45:00 | Time Investment Company, 100 N Sixth Ave, PO Box 248, West Bend, WI 53095-0248 |
| 14721797 | | Email/Text: bkfilings@zwickerpc.com | Aug 15 2023 23:45:00 | Zwicker and Associates PC, 3220 Tillman Dr Ste 215, Bensalem, PA 19020-2028 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14721788 | * | Prothonotary-Berks County, 633 Court St, Reading, PA 19601-4302 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 15, 2023 | Form ID: pdf900 | Total Noticed: 35 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2023         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2023 at the address(es) listed below:**

**Name**         **Email Address**

BRIAN CRAIG NICHOLAS
    on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
    on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com

JOSEPH L QUINN
    on behalf of Debtor Collin B. Lutz CourtNotices@rqplaw.com

ROBERT W. SEITZER
    on behalf of Trustee ROBERT W. SEITZER rseitzer@karalislaw.com PA93@ecfcbis.com;jhysley@karalislaw.com

ROBERT W. SEITZER
    rseitzer@karalislaw.com PA93@ecfcbis.com;jhysley@karalislaw.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Collin Lutz

Chapter 7

Bankruptcy No. 22-12477

Debtor

### ORDER APPROVING TRUSTEE'S FINAL REPORT AND ACCOUNT

AND NOW, this __14th__ day of ___August___ 20_23_, upon consideration of the Trustee's Final Report and Account (the "Final Report"), and after notice and hearing, IT IS HEREBY ORDERED AND DECREED that the Final Report is APPROVED.

BY THE COURT:

_____
PATRICIA M. MAYER
United States Bankruptcy Judge