## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Collin B. Lutz                           CHAPTER 7

               Debtor(s)

                                           BKY. NO. 22-12477 PMM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of Carrington Mortgage Services, LLC and index same on the master mailing list.

                                   Respectfully submitted,

                                /s/ *Michael Farrington*

                                Michael Farrington
                                13 Sep 2023, 09:04:02, EDT

                                KML Law Group, P.C.
                                701 Market Street, Suite 5000
                                Philadelphia, PA 19106-1532
                                (215) 627-1322