United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                            Case No. 22-12477-pmm

Collin B. Lutz                                                            Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                              User: admin                                      Page 1 of 3

Date Rcvd: Oct 19, 2023                       Form ID: pdf900                             Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Collin B. Lutz, 110 Clinton Dr, Mohnton, PA 19540-8035 |
| 14814739 | + | CARRINGTON MORTGAGE SERVICES, LLC, c/o MICHAEL PATRICK FARRINGTON, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14735372 | + | Joseph L. Quinn, Esquire, Ross, Quinn & Ploppert, P.C., 192 S Hanover Street, Suite 101, Pottstown, PA 19464-6096 |
| 14721785 | | Kristen Lutz, 110 Clinton Dr, Mohnton, PA 19540-8035 |
| 14721786 | | Kristin Lutz, 110 Clinton Dr, Mohnton, PA 19540-8035 |
| 14721787 | | Prothonotary Berks County, 633 Court St, Reading, PA 19601-4302 |
| 14721796 | | Weltman Weinberg and Reis LPA, 170 S Independence Mall W Ste 874W, Philadelphia, PA 19106-3334 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Oct 20 2023 00:11:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 20 2023 00:11:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | ^ | MEBN | Oct 20 2023 00:07:56 | CARRINGTON MORTGAGE SERVICES, LLC, c/o KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| cr | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 20 2023 00:12:49 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14721779 | | Email/Text: backoffice@affirm.com | Oct 20 2023 00:11:00 | Affirm Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 14722343 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 20 2023 00:12:50 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14737625 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 20 2023 00:12:32 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14721780 | | Email/Text: ally@ebn.phinsolutions.com | Oct 20 2023 00:11:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 14721781 | | Email/Text: BarclaysBankDelaware@tsico.com | Oct 20 2023 00:11:00 | Barclays Bank of Delaware, 125 S West St, Wilmington, DE 19801-5014 |
| 14721782 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 20 2023 00:12:54 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14721783 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 20 2023 00:11:00 | Citizens Bank, DDA Recovery RJW245, 1 Citizens Dr, Riverside, RI 02915-3019 |
| 14723175 | | Email/Text: Bankruptcy.RI@Citizensbank.com | | |

District/off: 0313-4  User: admin  Page 2 of 3
Date Rcvd: Oct 19, 2023  Form ID: pdf900  Total Noticed: 37

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 20 2023 00:11:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 14721784 | | Email/Text: bankruptcy@diamondcu.com | Oct 20 2023 00:11:00 | Diamond Credit Union, 1600 Medical Dr, Pottstown, PA 19464-3242 |
| 14737209 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 20 2023 00:11:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14723519 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 20 2023 00:12:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14733851 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 20 2023 00:12:54 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14724275 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 20 2023 00:12:32 | Regions Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14721789 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 20 2023 00:12:54 | Resurgent/LVNV Funding, PO Box 1269, Greenville, SC 29602-1269 |
| 14721790 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 20 2023 00:11:00 | Rocket Mortgage, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 14723746 | ^ | MEBN | Oct 20 2023 00:07:56 | Rocket Mortgage, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14728765 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 20 2023 00:11:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14721792 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Oct 20 2023 00:12:54 | SOFI Bank, 2750 E Cottonwood Pkwy, Salt Lake City, UT 84121-7285 |
| 14721793 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 20 2023 00:12:32 | SYNCB, Attn. Bankruptcy Department, PO Box 965005, Orlando, FL 32896-5005 |
| 14721791 | | Email/Text: bankruptcy@bbandt.com | Oct 20 2023 00:11:00 | Sheffield Financial Corporation, PO Box 1704, Clemmons, NC 27012-1704 |
| 14722573 | + | Email/Text: bankruptcy@bbandt.com | Oct 20 2023 00:11:00 | Sheffield Financial, a division of Truist Bank, PO Box 1847, Wilson, NC 27894-1847 |
| 14722077 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 20 2023 00:24:36 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14721794 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 20 2023 00:12:27 | Synchrony Bank/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 14721795 | | Email/Text: bankruptcy@timeinvestment.com | Oct 20 2023 00:11:00 | Time Investment, 100 N 6th Ave, West Bend, WI 53095-3306 |
| 14726167 | + | Email/Text: bankruptcy@timeinvestment.com | Oct 20 2023 00:11:00 | Time Investment Company, 100 N Sixth Ave, PO Box 248, West Bend, WI 53095-0248 |
| 14721797 | | Email/Text: bkfilings@zwickerpc.com | Oct 20 2023 00:11:00 | Zwicker and Associates PC, 3220 Tillman Dr Ste 215, Bensalem, PA 19020-2028 |

TOTAL: 30

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14721788 | * | Prothonotary-Berks County, 633 Court St, Reading, PA 19601-4302 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

District/off: 0313-4     User: admin     Page 3 of 3
Date Rcvd: Oct 19, 2023     Form ID: pdf900     Total Noticed: 37

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2023     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com |
| JOSEPH L QUINN | on behalf of Debtor Collin B. Lutz CourtNotices@rqplaw.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor CARRINGTON MORTGAGE SERVICES LLC mfarrington@kmllawgroup.com |
| ROBERT W. SEITZER | on behalf of Trustee ROBERT W. SEITZER rseitzer@karalislaw.com PA93@ecfcbis.com;jhysley@karalislaw.com |
| ROBERT W. SEITZER | rseitzer@karalislaw.com PA93@ecfcbis.com;jhysley@karalislaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re:

Collin Lutz

Debtor(s)

Chapter 7

Bankruptcy No. 22-12477

## ORDER APPROVING TRUSTEE'S FINAL ACCOUNT, DISCHARGING TRUSTEE, AND CLOSING ESTATE

AND NOW, this __19th__ day of __October__ 20__23__, upon consideration of the Trustee's Final Account, it appearing that the Trustee has made payments to all creditors in accordance with Trustee's Final Report and it further appearing that the Trustee is no longer holding any funds in trust in this proceeding, it is hereby

ORDERED AND DECREED that the Trustee's Final Account is approved, and the Trustee is hereby discharged from his trust, duties and responsibilities as Trustee in this case.

IT IS FURTHER ORDERED that this case is hereby closed.

BY THE COURT:

_/s/ Patricia M. Mayer_

PATRICIA M. MAYER
United States Bankruptcy Judge